UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PEARSON,<br><br>        Plaintiff,<br><br>  -against-<br><br>ORANGE COUNTY JAIL; C.O. OFFICERS;<br>THE STATE OF NEW YORK,<br><br>        Defendants. | 24-cv-8695 (LLS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the August 7, 2025, order, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: November 13, 2025
     New York, New York

                /s/ Louis L. Stanton
                 LOUIS L. STANTON
               United States District Judge